JS-6/ENTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA JAIME,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY<br>ADMINISTRATION,<br><br>    Defendant. | Case No. CV 07-2652 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice

DATED: June 3, 2008      / s /  ARTHUR NAKAZATO
                                                  ARTHUR NAKAZATO
                                   UNITED STATES MAGISTRATE JUDGE